No. 77–1499.  NORTH v. UNITED STATES;

No. 77–1500.  WALKER v. UNITED STATES;

No. 77–1501.  PAPPAS v. UNITED STATES; and

No. 77–1502.  CRAIG v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.  Reported below: 573 F. 2d 455.

No. 77–1504.  MARKERT ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 77–1506.  ZAZZARA v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 77–1507.  CHEYENNE RIVER SIOUX TRIBE OF INDIANS v. ANDRUS, SECRETARY OF THE INTERIOR, ET AL.  C. A. 8th Cir. Certiorari denied.

No. 77–1512.  ESTATE OF RYAN ET AL. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 7th Cir.  Certiorari denied.

No. 77–1513.  TALSKY v. DEPARTMENT OF REGISTRATION AND EDUCATION OF ILLINOIS ET AL.  Sup. Ct. Ill.  Certiorari denied.

No. 77–1514.  GEORGIA-PACIFIC CORP. v. UNITED STATES. Ct. Cl.  Certiorari denied.

No. 77–1518.  EDGEWATER HOSPITAL, INC., ET AL. v. BIO-ANALYTICAL SERVICES, INC.  C. A. 7th Cir.  Certiorari denied.

No. 77–1520.  UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–1528.  NEW YORK STATE COMMISSION ON CABLE TELEVISION v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 2d Cir.  Certiorari denied.